IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick W. Griffin,                                        Case No. 1:17CV917

        Petitioner

        v.                                            **JUDGMENT ENTRY**

Alan J. Lazaroff, Warden,

        Respondent

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 30) be, and the same hereby is, adopted as the order of the court.

2. The petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied.

3. No certificate of appealability will issue.

So ordered.

                                                            /s/ James G. Carr
                                                           Sr. U.S. District Judge